```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION
```

JOSE ALICEA COLON                                                                               PLAINTIFF
#223016

V.                                        No. 3:22-CV-278-KGB-JTR

ETHAN RENIGER,
Jailer, Cross County Jail                                                                      DEFENDANT

## ORDER

In this § 1983 action, Plaintiff Jose Alicea Colon ("Colon") alleges that his constitutional rights were violated, on August 14, 2022, when Defendant Ethan Reniger ("Reniger") allowed four inmates to carry him down the Cross County Detention Center ("CCDC") stairs while he was having a medical emergency. *Doc. 2*. There are several motions pending before the Court.

**I.      Reniger's Motions to Preserve Evidence**

On December 2, 2022, Colon filed his first Motion to Preserve Evidence requesting the "sky cam" video footage of the August 14 incident. *Doc. 11*. On December 14, 2022, the Court entered an Order directing Reniger to "immediately preserve *any* video recordings…and any photographs that may have been taken of [Colon's] injuries." *Doc. 14* (emphasis in original).

Since that time, Colon has filed three additional Motions for Evidence, in which he again requests copies of the August 14 video footage and photographs.

*Doc. 21; Doc. 25; Doc. 26*. Through counsel, Reniger filed a Response stating that he had turned over all evidence in his possession but: (1) due to the CCDC recording technology, which automatically overwrites video every thirty to forty-five days, he was not able to retrieve any video footage of the August 14 incident; and (2) due to the emergency nature of Colon's injury, "[CCDC] staff did not stop and take photographs" and, instead, focused on ensuring Colon received timely medical care. *Doc. 24*.

Based on defense counsel's representations to the Court, it is clear that Colon cannot receive the relief he seeks. Accordingly, Colon's Motions for Evidence (*Doc. 21; Doc. 25; Doc. 26*) are DENIED, as moot.

## II.     Reniger's Motion for Order of Change of Address

On January 31, 2023, Reniger filed a "Motion for Order of Change of Address." *Doc. 28.* He states that Colon was released from the CCDC on January 24, 2023 and has not provided his new address for service. *Id.* Mail to Colon at the CCDC has since been returned to the Clerk as undeliverable with the notation that Colon is "no longer at this facility." *Doc. 29; Doc. 31*.

Pursuant to Local Rule 5.5(c)(2), Colon is obligated to maintain a valid mailing address with the Clerk of this Court. As of the date of this Order, Colon has not notified the Clerk of his updated mailing address.

Accordingly, Reniger's Motion for Order of Change of Address (*Doc. 28*) is GRANTED. The Court will order Colon to provide a notice of his current mailing address.

### III. Motion to Withdraw as Attorney

Attorney Hayden Gore has filed a Motion to Withdraw as Counsel for Defendant. *Doc. 30.* The Motion (*Doc. 30*) is GRANTED. Attorney Hayden Gore is relieved as counsel for Reniger. Attorney Jamie Huffman Jones remains as Reniger's counsel of record.

IT IS THEREFORE ORDERED THAT:

1. Colon's Motions for Evidence (*Doc. 21; Doc. 25; Doc. 26*) are DENIED, as moot.

2. Reniger's Motion for Order of Change of Address (*Doc. 28*) is GRANTED.

3. If Colon wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, file a notice of his current mailing address.

4. If Colon does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

5. The Motion to Withdraw as Counsel for Defendant (*Doc. 30*) is GRANTED. Attorney Hayden Gore is relieved as counsel for Reniger.

SO ORDERED, this 2nd day of March, 2022.

```
_____
UNITED STATES MAGISTRATE JUDGE
```