**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| **JOSE ALICEA COLON** | **PLAINTIFF** |
| **#223016** | |

**v.**                        **Case No. 3:22-cv-00278-KGB**

**ETHAN RENIGER,** *et al.*                        **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate J. Thomas Ray (Dkt. No. 34). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Recommendation in its entirety as the Court's findings in all respects (*Id.*). The Court denies as moot Judge Ray's November 3, 2022, Partial Recommended Disposition and dismisses without prejudice plaintiff Jose Alicea Colon's complaint for failure to prosecute (Dkt. Nos. 2; 5). *Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2)*. The Court denies the requested relief and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge