**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOSE ALICEA COLON**                                                                 **PLAINTIFF**
**#223016**

**v.**                                            **Case No. 3:22-cv-00278-KGB**

**ETHAN RENIGER,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jose Alicea Colon's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge